NILS NILSSON, Respondent, *v.* HUGH DE HAVEN, Appellant.

*Nilsson* v. *De Haven,* 47 App. Div. 537, affirmed.
(Argued October 15, 1901; decided November 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 13, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Joseph A. Burr* and *Robert Stewart* for appellant.

*Frederic A. Ward* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

CHARLES DOLL et al., Appellants, *v.* MATHEW COOGAN et al., Respondents.

*Doll* v. *Coogan,* 48 App. Div. 121, affirmed.
(Argued October 16, 1901; decided November 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1900, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Rollin Tracy, William L. Mathot, R. D. Whiting* and *Leon B. Ginsburg* for appellants.

*E. L. Barnard* and *Earley & Prendergast* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: PARKER, Ch. J.